No. 72–434.  BYRN, GUARDIAN *v.* NEW YORK CITY HEALTH & HOSPITALS CORP. ET AL.  Appeal from Ct. App. N. Y.  Motion to postpone jurisdiction until hearing of appeal on the merits denied.  Appeal dismissed for want of substantial federal question.  *Roe* v. *Wade, ante,* p. 113.

No. 72–806.  RAMSAY TRAVEL, INC., ET AL. *v.* KONDO, DIRECTOR OF TAXATION OF HAWAII.  Appeal from Sup. Ct. Haw. dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–5829.  FLESCH *v.* OHIO.  Appeal from Ct. App. Ohio, Franklin County, dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–5925.  RUDERER *v.* SESSIONS ET AL.  Appeal from D. C. W. D. Tex. dismissed for want of jurisdiction. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this appeal.

No. 72–5935.  RUDERER *v.* KLEINDIENST, ATTORNEY GENERAL.  Appeal from D. C. D. C. dismissed for want of jurisdiction.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this appeal.

No. 70–89.  RODGERS ET AL. *v.* DANFORTH, ATTORNEY GENERAL OF MISSOURI, ET AL.  Appeal from D. C. W. D. Mo.  Motion of appellees to dismiss for failure to timely docket appeal denied.  Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113, and *Doe* v. *Bolton, ante,* p. 179.